UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

MARK A. ROOK, )
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 2:16-CV-2-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the M&R and overrules the objections. Plaintiff's objections to the M&R [D.E. 26] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 20] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on February 27, 2017, and Copies To:**

| | |
|---|---|
| Frederick (Rick) W. Fleming | (via CM/ECF electronic notification) |
| Todd J. Lewellen | (via CM/ECF electronic notification) |

DATE:                                   JULIE RICHARDS JOHNSTON, CLERK
February 27, 2017                  (By) /s/ Nicole Briggeman
                                                 Deputy Clerk